reversed an order of Special Term granting a motion to open default and vacating and setting aside a judgment.

The motion was made upon the ground that no appeal lay of right to the Court of Appeals and that permission to appeal had not been obtained.

*Walter C. Sheppard* for motion.

*James A. Turley* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of one motion.

---

ANDREW M. DUPAY, Appellant, *v.* FRANK J. GALBINA, Respondent.

*Appeal — judgment entered upon order of Appellate Division reversing order denying motion to dismiss complaint for failure to prosecute — appeal therefrom dismissed.*

*Dupay* v. *Galbina*, 203 App. Div. 840, appeal dismissed.

(Submitted February 27, 1923; decided March 6, 1923.)

MOTION to dismiss an appeal from a judgment entered October 27, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying a motion to dismiss the complaint upon the ground of unreasonable neglect to proceed to trial and granted said motion.

The motion was made upon the ground that no appeal lay to the Court of Appeals as matter of right and that permission to appeal had not been obtained.

*William L. Sporborg* and *Sydney A. Syme* for motion.

*Harry L. Horwitz* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.